**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| (1) DEBBIE WALTERS, | ) | |
| Plaintiff, | ) ) ) | Case No. 13-CV-00417-CVE-FHM |
| vs. | ) ) | |
| (1) AMERICAN MULTI-CINEMA, INC., a foreign for business corporation, | ) ) ) ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

COMES NOW Plaintiff, Debbie Walters, by and through her counsel of record, David A. Warta, of *Smolen, Smolen & Roytman, PLLC*, and Defendant, American Multi-Cinema, Inc., by and through its counsel of record, Bridget B. Romero of *Lathrop & Gage, LLP*, and dismisses all claims and causes of action in the above-styled and numbered case, with prejudice, each party to bear their own attorneys' fees and costs.

Dated this 17th day of January 2014.

Respectfully submitted,

/s/ David A. Warta
David A. Warta, OBA No. 20361
SMOLEN, SMOLEN & ROYTMAN, PLLC
701 S. Cincinnati Avenue
Tulsa, Oklahoma 74119
P (918) 585-2667
F (918) 585-2669
davidwarta@ssrok.com
*Attorney for Plaintiff*

/s/ Bridget B. Romero
Bridget B. Romero
Janelle L. Williams
LATHROP & GAGE

2345 Grand Blvd. Ste 2200
Kansas City, MO 64108

and

Amy E. Sellars
Randall J. Snapp
CROWE & DUNLEVY
321 S. Boston Ave. Ste 500
Tulsa, OK 74103
*Attorneys for Defendant*